Equal Protection Clauses of the Ohio and United States Constitutions since it creates an arbitrary and illogical classification based on household status that has a disparate and unfair effect since it precludes coverage for injured individuals who may not recover solely because they are related to and live in the household of the insured?"

The conflict case is *Morris v. United Ohio Ins. Co.*, 160 Ohio App.3d 663, 2005-Ohio-2025.

Sua sponte, cause consolidated with 2007–0954, *Burnett v. Motorists Mut. Ins. Co.*, Trumbull App. No. 2006–T–0085, 2007-Ohio-1639.

### 2007–1177. State v. Brown.
Hancock App. No. 5–03–21. On motion for leave to file delayed appeal. Motion denied.

CUPP, J., not participating.

### 2007–1181. State v. Saleem.
Hamilton App. No. C–060258. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR and O'DONNELL, JJ., dissent.

### 2007–1184. State v. Baker.
Summit App. No. 23713. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' Journal Entry filed June 27, 2007:

"Must the judgment of conviction contain the defendant's plea, verdict or findings, and the sentence in one document to constitute a final, appealable order under R.C. 2505.02?"

PFEIFER and O'DONNELL, JJ., dissent.

The conflict case is *State v. Postway*, Butler App. No. CA2002–06–154, 2003-Ohio-2689.

### 2007–1193. State v. Scarbro.
Lorain App. No. 06CA008951, 2007-Ohio-582. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and CUPP, JJ., dissent.

### 2007–1206. Silver v. Silver.
Clark App. No. 2006 CA 47, 2007-Ohio-2606. On motion for stay of court order for business value payments. Motion denied.

### 2007–1223. State v. Ashipa.
Hamilton App. No. C–060411, 2007-Ohio-2245. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, J., dissents.

### 2007–1225. State v. Zakrzewski.
Lucas App. No. L–07–1050. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, O'DONNELL and LANZINGER, JJ., dissent.

### 2007–1234. State v. Murphy.
Clinton App. No. CA2006–02–005, 2007-Ohio-2068. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and CUPP, JJ., dissent.

### 2007–1245. Martin v. Grange Mut. Ins. Co.
Geauga App. No. 2007–G–2792. On motion for stay of trial court proceedings. Motion denied.

LUNDBERG STRATTON, J., dissents.

### 2007–1246. State v. Nia.
Cuyahoga App. No. 87335, 2007-Ohio-1283. On motion for leave to file delayed appeal. Motion denied.

LUNDBERG STRATTON and LANZINGER, JJ., dissent.

### 2007–1255. State v. Jenkins.
Summit App. No. 23012, 2006-Ohio-2852. On motion for leave to file delayed appeal. Motion denied.